Filed April 17, 1896.

---

No. 1,582.

PERRY v. BOTKIN ET AL.

APPEAL.—*Dismissal of.*— *Necessary Parties.*—Where one co-party appeals, he must make the other co-party appellant, or the appeal will be dismissed.

From the Madison Circuit Court.

*Chipman, Keltner & Hendee,* for appellant.

*W. E. Beeson, H. D. Thompson* and *J. W. Layne,* for appellee.

GAVIN, C. J.—Appellee recovered a judgment against appellant and one Swindell. This appeal is taken by appellant alone, Swindell, his co-defendant being made an appellee. Swindell, so far as we are able to learn from the record, has taken no part whatever in the cause in this court. Appellee now moves to dismiss the appeal upon the ground that Swindell was a necessary party appellant and should have been made such. The adjudications upon this question settle it beyond peradventure. *Gregory* v. *Smith,* 139 Ind. 48 ; *Wood* v. *Clites,* 140 Ind. 472; *Vordemark* v.

*Wilkinson*, 142 Ind. 142; *Ledbetter* v. *Winchell*, 142 Ind. 109; *Walsh* v. *Brockway*, 13 Ind. App. 70; *Midland R. W. Co.* v. *St. Clair*, 144 Ind. 363; *Shuman* v. *Collis*, 144 Ind. 333.

Under these authorities, we are compelled to sustain the motion to dismiss.

The appeal is accordingly dismissed.

Filed February 12, 1896; petition for rehearing overruled April 17, 1896.